In re Hillman, Mathew; Virdrine, Sherry; Bourque, Valerie; Berry, Bonnie; Berry, Lynn; Cradeur, Carroll; Rayburn, Marie *397 Moreall; Manuel, Michael; Manual, Mary; — Plaintiff(s); applying for writ of certiorari and/or review to the Court of Appeal, Third Circuit, Nos. CA92-0407, CA92-0408, CA92-0409, CA91-0700, CA91-0644, CA91-1208, CA91-1210; Parish of Calcasieu, 14th Judicial District Court, Div. “D”, Nos. 90-971, 90-972, 90-973, Div. “A”, Nos. 90-968, 90-969; Div. “B”, Nos. 90-5011, 90-5305.
Granted.
MARCUS, J., not on panel.